**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

BOBBY L. COATES,

    Plaintiff,

v.                                                                                          CASE NO: 8:07-cv-291-T-26TBM

THE GUARDIAN LIFE INSURANCE
COMPANY OF AMERICA,

    Defendant.
_____/

**O R D E R**

Upon due consideration of the parties' written submissions and oral arguments, and for the reasons announced on the record at the hearing held in this case this day, it is ordered and adjudged as follows:

1) Defendant's Motion to Compel (Dkt. 56) is granted.

2) Plaintiff shall furnish more complete answers to the interrogatories at issue and produce documents more responsive to the requests to produce at issue on or before July 21, 2008.

3) The discovery deadline is extended until September 12, 2008.

4) The dispositive motion filing deadline is extended until September 26, 2008.

**DONE AND ORDERED** at Tampa, Florida, on June 20, 2008.

                                                      s/*Richard A. Lazzara*
                                                  **RICHARD A. LAZZARA**
                                                  **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**: Counsel of Record