UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BOBBY L. COATES,

    Plaintiff,

v.                                                CASE NO: 8:07-cv-291-T-26TBM

THE GUARDIAN LIFE INSURANCE
COMPANY OF AMERICA,

    Defendant.
_____/

**O R D E R**

    Upon due consideration of the parties' written submissions and oral arguments, and for the reasons announced on the record at the hearing held in this case this day, it is ordered and adjudged as follows:

    1) Defendant's Renewed Motion to Dismiss (Dkt. 78) is denied without prejudice.

    2) Plaintiff shall file with the Clerk on or before 5:00 p.m., Friday, September 12, 2008, his answers to interrogatories as previously ordered in this Court's order of June 20, 2008, found at docket 61.

    3) Plaintiff shall produce to Defendant's counsel at his expense on or before 5:00 p.m., Friday, September 26, 2008, the documents previously ordered to be produced in this Court's order of June 20, 2008, found at docket 61.

    4) The dispositive motion filing deadline is extended until October 10, 2008.

5) The Court reserves jurisdiction to award Defendant attorney fees and costs incurred in connection with its efforts to compel Plaintiff to comply with the Court's orders entered on and after June 20, 2008.

6) Plaintiff is put on notice that this is the last accommodation the Court will afford him and that failure to abide by the directives of this order in a timely manner will result in dismissal of the case with prejudice.

**DONE AND ORDERED** at Tampa, Florida, on September 11, 2008.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record