**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

BOBBY L. COATES,

    Plaintiff,

v.                                               CASE NO: 8:07-cv-291-T-26TBM

GUARDIAN LIFE INSURANCE COMPANY
OF AMERICA,

    Defendant.
_____/

**O R D E R**

    Predictably, Defendant has filed yet another motion to dismiss based on Plaintiff's alleged failure to comply with a part of this Court's order of September 11, 2008, found at docket 86, directing Plaintiff to respond to Defendant's interrogatories. If the history of this case holds true, the Court fully expects Defendant to file yet another motion to dismiss for failure of Plaintiff to comply with the other part of the Court's order directing Plaintiff to comply with Defendant's request to produce on or before September 26, 2008. The Court, therefore, in the interest of judicial economy will deny the instant motion to dismiss (Dkt. 91) without prejudice to Defendant filing another motion to dismiss after September 26, 2008, which shall encompass all of Plaintiff's claimed failure to comply with the Court's discovery orders. The Court will then schedule the motion for an expedited hearing.

    **DONE AND ORDERED** at Tampa, Florida, on September 19, 2008.

                                          s/*Richard A. Lazzara*
                                          **RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record