**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

BOBBY L. COATES,

      Plaintiff,

v.                               CASE NO: 8:07-cv-291-T-26TBM

GUARDIAN LIFE INSURANCE COMPANY
OF AMERICA,

      Defendant.

_____/

## O R D E R

Upon due consideration, it is ordered and adjudged that Plaintiff's *pro se* Motion for

Summary Judgment (Dkt. 100) is denied for the following two reasons. First, the Court has only

authorized Defendant to file a renewed motion for summary judgment.[1] Second, Plaintiff has

utterly failed to demonstrate that this Court should reverse its ultimate conclusion in its order

denying Defendant's first motion for summary judgment that "there is a genuine issue of fact as

to whether Plaintiff was eligible for LTD as a full time employee and whether Plaintiff provided

sufficient medical proof of disability and proof of earnings to Guardian."[2]

      **DONE AND ORDERED** at Tampa, Florida, on October 14, 2008.


                *s/Richard A. Lazzara*
                **RICHARD A. LAZZARA**
                **UNITED STATES DISTRICT JUDGE**


**COPIES FURNISHED TO**:
Counsel of Record
Bobby L. Coates, pro se

---

[1] See docket 98.

[2] See docket 40, page 9.